## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MOSTAFA KAMALI ARDAKANI,

      Plaintiff,

v.                                                             Case No: 8:22-cv-53-CEH-CPT

THE FLORIDA POLYTECHNIC
UNIVERSITY BOARD OF
TRUSTEES,

      Defendant.

_____

## <u>ORDER</u>

This matter is before the Court upon review of the file. On July 13, 2022, the Court entered an order to show cause directing Plaintiff, who is proceeding *pro se*, to file a response to the Order explaining why the case should not be dismissed for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Middle District of Florida Local Rule 3.02. Doc. 19. Plaintiff was to file a written response to the Court's Order to Show Cause by July 27, 2022. To date, Plaintiff has not filed a response to the Court's Order, nor has he requested an extension of time to do so.[1] The Order cautioned Plaintiff that "[f]ailure to respond will result in this action being dismissed, without prejudice, without further notice."

---

[1] A review of the docket reveals that a copy of the Order to Show Cause was mailed to *pro se* Plaintiff at least by July 28, 2022. Moreover, Plaintiff has cm/ecf access and can view the docket at any time. *See* Doc. 14. The Order was never returned as undeliverable. More than 17 days (14 days to respond plus 3 days for mailing time) have elapsed since the order was mailed to Plaintiff on July 28, 2022.

Doc. 19 at 2. Because Plaintiff has failed to respond to the Court's Order to Show Cause, despite being given the opportunity to do so, and has failed to file a case management report as required by the Local Rules, this action is due to be dismissed, without prejudice.

## DISCUSSION

A district court may dismiss a plaintiff's claims pursuant to Rule 41(b) or the court's inherent authority to manage its docket. *Betty K Agencies, Ltd. v. M/V MONADA*, 432 F.3d 1333, 1337 (11th Cir. 2005). Under Rule 41(b), "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss this action or any claim against it." Fed. R. Civ. P. 41(b). The Eleventh Circuit has recognized that a district court may dismiss an action *sua sponte* for the plaintiff's failure to prosecute his case or obey a court order under Rule 41(b). *Betty K Agencies, Ltd.*, 432 F.3d at 1337.

Middle District of Florida Local Rule 3.10 provides that a "plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." M.D. Fla. Local Rule 3.10. Here, Plaintiff has failed to respond to the Court's Order, failed to seek additional time to respond, failed to timely submit a case management report, and failed to demonstrate he has diligently pursued his case or otherwise explained the reason for his delay. The Court's Order to Show Cause provided Plaintiff with notice and the opportunity to respond, but he has failed to do so. Accordingly, upon consideration, it is hereby

**ORDERED**:

1.      This action is **DISMISSED, without prejudice**.

2.      The Clerk is directed to terminate any pending motions and deadlines

and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on August 16, 2022.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Mostafa Kamali Ardakani, *pro se*
Counsel of Record